# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17CR87
# (Financial Litigation Unit)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **MONIKA S. ROBINSON** | ) | |
| _____ | ) | |

Pending before the Court is the Joint Motion to Accept Early Payment of Monetary Penalties by the United States as to Monika S. Robinson [# 19]. After reviewing the motion, the Court finds good cause to grant the requested relief.

Therefore, the Court **GRANTS** the motion [# 19]. The Court **ORDERS** that the Clerk of the Court shall accept and deposit prepayment of the monetary penalties in this matter in any amount. Upon sentencing, the Clerk will distribute the funds in accordance with the terms of the judgment without further order of this Court.

Further, the Court **ORDERS** that the government shall serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed: November 8, 2017

Dennis L. Howell
United States Magistrate Judge